## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cynthia Louise Garza, as parent and
guardian of D.A.B., and D.A.B.,

           Plaintiffs,

v.

Fridley Independent School District 14
and Dennis John Dzuck,

           Defendants.

Case Number 11-CV-00558-JNE/JJK

### ORDER APPROVING
### SETTLEMENT AGREEMENT

The above-entitled matter came before the Honorable Joan N. Ericksen, United States District Court, upon stipulation of the parties for approval of their Mediated Settlement Agreement (Docket #48).  Upon review of the matter and the information contained in the Mediated Settlement Agreement (Exhibit A) and the parties' stipulation,

**IT IS HEREBY ORDERED:**

1.    That the settlement with the terms set forth in the Mediated Settlement Agreement (Exhibit A, incorporated by reference herein) is hereby approved pursuant to Minnesota Statutes, Section 466.08;

2.    That the parties' stipulation for approval of the settlement (Docket #48), and this Order, contain confidential material and shall be filed and remain under seal; and,

3.    That a redacted version of this Order, excluding the confidential material (i.e., Exhibit A, the Mediated Settlement Agreement), shall be filed for the public record.

Date:  _Oct. 31_ , 2011       BY THE COURT

                           s/ Joan N. Ericksen

                           Honorable Joan N. Ericksen
                           United States District Court Judge

SCANNED

OCT 3 1 2011

U.S. DISTRICT COURT MPLS